JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Board of Trustees of the Teamsters Miscellaneous Security Trust Fund,<br><br>Plaintiff,<br><br>v.<br><br>Opus Noeline, Inc.,<br><br>Defendant. | Case No. CV 21-9854 DSF (JEMx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendant Opus Noeline, Inc.

IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: March 2, 2022

_Dale S. Fischer_
Dale S. Fischer
United States District Judge